IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR197 |
| vs. | INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1) |
| DELMUS WILKERSON, | |
| Defendant. | |

The Grand Jury Charges:

## COUNT I

On or about April 21, 2020, in the District of Nebraska, DELMUS WILKERSON, defendant herein, did knowingly and intentionally possess with intent to distribute 10 grams or more of a mixture or substance containing a detectable amount of an analogue of fentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:


FOREPERSON


The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant United States Attorney